IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, #224802, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 11-0605-CG-M |
| L. PAMTON, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 13th day of March, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE